UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ )
                            )
DR. YAMAN AKDENIZ,          )
                            )
            Plaintiff,      )
                            )
            v.              ) Civil Action No. 09-2393 (RBW)
                            )
DEPARTMENT OF STATE,        )
                            )
            Defendant.      )
_____ )
```

DEFENDANT'S UNOPPOSED MOTION FOR BRIEF ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, the United States Department of State, respectfully requests an extension of time, to and including May 7, 2010, in which to file the parties' proposal for further proceedings in this case.  Defendant has made a full release to plaintiff of the documents requested.  The parties are currently in settlement negotiations to try and resolve any further issues associated with this case.  Therefore, this extension of time is being requested in order to give the parties the time needed to complete these negotiations, which may result in termination of the case without the need for the expenditure of further judicial resources.

Plaintiff's counsel informed defense counsel that plaintiff will not oppose this motion.

Therefore, for the foregoing reasons, defendant respectfully

requests that this unopposed motion be granted.

Respectfully submitted,


RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney
for the District of Columbia


RUDOLPH CONTRERAS
D.C. BAR # 434122
Chief, Civil Division


By:  /s/
     MARINA UTGOFF BRASWELL,
     D.C. BAR #416587
     Assistant United States Attorney
     U.S. Attorney's Office
     555 4th Street, N.W. - Civil Division
     Washington, D.C. 20530
     (202) 514-7226
     Marina.Braswell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
DR. YAMAN AKDENIZ,            )
                              )
              Plaintiff,      )
                              )
         v.                   )  Civil Action No. 09-2393 (RBW)
                              )
DEPARTMENT OF STATE,          )
                              )
              Defendant.      )
_____ )
```

**ORDER**

Upon consideration of defendant's unopposed motion for an enlargement of time, and the entire record in this case, it is hereby

ORDERED that defendant's unopposed motion is granted; and it is further

ORDERED that the parties shall have to and including May 7, 2010, in which to file a proposal for further proceedings in this case.

Dated: _____          _____
                                 United States District Judge